NR
F. #2020R00040

\*\*\*FILED\*\*\*
3:19 pm, Mar 15, 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

JOHN DOE,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. 1:21-cr-00139(AMD)(CLP)

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant JOHN DOE's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           March 15, 2021

                                      SETH D. DuCHARME
                                      Acting United States Attorney
                                      Eastern District of New York
                                      Attorney for Plaintiff
                                      271 Cadman Plaza East
                                      Brooklyn, New York 11201

                       By:    *Nathan Reilly*
                              Nathan Reilly
                              Assistant United States Attorney
                              (718) 254-6196

Cc:    Clerk of the Court
        Evan Lipton, Esq.